HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A PLACE FOR MOM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DANNY LEONHARDT, an individual, and CARE CHANGES, INC., a North Carolina corporation,<br><br>Defendants. | NO. CV 06-0457 MJP<br><br>**JOINT REQUEST TO FILE EXHIBIT C TO LEONHARDT DECLARATION UNDER SEAL AND PROPOSED ORDER** |

THE PARTIES, by their undersigned counsel, hereby request the Court's permission to file Exhibit C to the Declaration of Danny Leonhardt (filed 05/22/06 in support of Defendants' Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction) under seal for reasons as stated in Plaintiff's Response to Order Showing Cause for Filing Sealed Document (Court Docket No. 14). The exhibit is the commission plan that was given to Mr. Leonhardt during the first portion of his employment with Plaintiff, A Place For Mom, Inc. This request is made solely to accommodate A Place For Mom, Inc.'s concern regarding confidentiality, and is without prejudice to any of Defendants' defenses or claims, including

JOINT REQUEST TO FILE EXHIBIT UNDER SEAL AND PROPOSED ORDER - 1
CV 06-0457 MJP

MERCHANT & GOULD P.C.
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200

the position that Defendant, Danny Leonhardt, was not privy to any confidential information that would give him unfair advantage over Plaintiff, A Place For Mom, Inc.

DATED this 9th day of June, 2006.

| CHRISTENSEN O'CONNOR<br>JOHNSON KINDNESS PLLC | MERCHANT & GOULD P.C. |
|---|---|
| /s/ Sarah E. Nagae<br>F. Ross Boundy, WSBA No. 403<br>Sarah E. Nagae, WSBA No. 36984<br>1420 Fifth Avenue, Suite 2800<br>Seattle, Washington 98101-2347<br>206.682.8100 (*telephone*)<br>206.224.0779 (*facsimile*)<br>ross.boundy@cojk.com<br>nagaesa@cojk.com<br>Attorneys for Plaintiff | /s/ Regina V. Culbert<br>Regina V. Culbert, WSBA No. 30213<br>701 Fifth Avenue, Suite 4100<br>Seattle, Washington 98104<br>206.342.6200 (*telephone*)<br>206.342.6201 (*facsimile*)<br>rculbert@merchantgould.com<br><br>Attorneys for Defendants |

## ORDER

The above stipulation is approved.  The Court Clerk is hereby directed to accept the filing of the above-described exhibit Under Seal.

IT IS SO ORDERED THIS _13th _ day of _June_, 2006.

__/s Marsha J. Pechman_____
HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

JOINT REQUEST TO FILE EXHIBIT UNDER SEAL AND
PROPOSED ORDER - 2
CV 06-0457 MJP

MERCHANT & GOULD P.C.
701 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 342-6200